CO-386-online
10/03

**FILED**

FEB - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Johnson City Medical Center )
Cox Medical Center )
)
)
       vs   Plaintiff )
)
Michael O. Leavitt, Secretary of the United )
States Department of Health and Human )
Services )
)
       Defendant )

CASE NUMBER 1:06CV00220

JUDGE: Paul L. Friedman

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/7/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Johnson City Medical Center and Cox Medical Center__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Johnson City Medical Center and Cox Medical Center__ which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MI 0016
BAR IDENTIFICATION NO.

Kenneth R. Marcus
Print Name

660 Woodward Avenue, Detroit, MI 48226
Address

Detroit    MI    48226
City    State    Zip Code

313 465 7470
Phone Number

2