IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER<br>400 North State of Franklin Road<br>Lower Level<br>Johnson City, Tennessee  37604<br><br>COX MEDICAL CENTER<br>Executive Offices, Suite 500<br>3850 S. National Avenue<br>Springfield, MO  65807<br><br>          Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the<br>United States Department of Health and<br>Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20585<br><br>          Defendant. | CASE NO.06-0220 (PLF) |

PROOF OF SERVICE

    I certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

        Albert R. Gonzales
        Attorney General of the United States
        Department of Justice
        Room B-103
        950 Pennsylvania Avenue, SW
        Washington, D.C. 205330
        SERVED:  February 21, 2006

    Attached hereto as Exhibit A are copies of the United States Postal Service Domestic Return Receipts as Proof of Service.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND
COHN LLP

_____
Kenneth R. Marcus
D.C. Bar No. MI 0016
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Tel: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com

Attorneys for Plaintiffs

DATED: March 6, 2006

DETROIT.2094230.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Honorable Alberto R. Gonzales
   Attorney General of the U.S.
   Department of Justice
   Room B-103
   950 Pennsylvania Avenue, N.W.
   Washington, DC 20530

   Case # 06-0220

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001       Domestic Return Receipt       102595-01-M-25(

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   FEB 2 1 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Alberto Gonzales
   Attorney General of the United States
   Department of Justice
   Room B-103
   950 Pennsylvania Avenue, N.W.
   Washington, DC 20530

   Case # 06-0220

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   FEB 2 1 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes