IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER<br>400 North State of Franklin Road<br>Lower Level<br>Johnson City, Tennessee  37604<br><br>COX MEDICAL CENTER<br>Executive Offices, Suite 500<br>3850 S. National Avenue<br>Springfield, MO  65807<br><br>        Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the<br>United States Department of Health and<br>Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20585<br><br>        Defendant. | CASE NO.06-0220 (PLF) |

PROOF OF SERVICE

   I certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

   Michael O. Leavitt
   Secretary of Department of Health and Human Services
   Room 615-F
   Hubert H. Humphrey Building
   200 Independence Ave., SW
   Washington, D.C. 200201
   SERVED:  February 22, 2006

   Attached hereto as Exhibit A are copies of the United States Postal Service Domestic Return Receipts as Proof of Service.

1

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND
COHN LLP

_____
Kenneth R. Marcus
D.C. Bar No. MI 0016
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Tel: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com

Attorneys for Plaintiffs

DATED: March 6, 2006

DETROIT.2094230.2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael O. Leavitt
   Secretary of Department of Health and Human Services
   Room 615-F
   Hubert H. Humphrey Building
   200 Independence Ave, S.W.
   Washington, D.C. 20201

   06-0220

2. Article Number
   (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lawrence [signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): LAWRENCE
C. Date of Delivery: 2-22-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-2...

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael O. Leavitt
   Secretary Department of Health and Human Services
   Room 615-F
   Hubert H. Humphrey Building
   200 Independence Avenue, S.W.
   Washington, DC 20201

   Case # 06-0220

2. Article Number
   (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lawrence [signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lawrence
C. Date of Delivery: 2-22-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-250