IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER<br>400 North State of Franklin Road<br>Lower Level<br>Johnson City, Tennessee  37604<br><br>COX MEDICAL CENTER<br>Executive Offices, Suite 500<br>3850 S. National Avenue<br>Springfield, MO  65807<br><br>        Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the<br>United States Department of Health and<br>Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20585<br><br>        Defendant. | CASE NO.06-0220 (PLF) |

PROOF OF SERVICE


I certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Civil Process Clerk
>Office of the United States Attorney
>Judiciary Center
>555 Fourth St., N.W.
>Washington, D.C. 20530
>SERVED:  March 6, 2006


Attached hereto as Exhibit A are copies of the United States Postal Service Domestic Return Receipts as Proof of Service.

1

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND
COHN LLP

_/s/ Kenneth R. Marcus_
Kenneth R. Marcus
D.C. Bar No. MI 0016
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Tel: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com

Attorneys for Plaintiffs

DATED: March 15, 2006

DETROIT.2094230.4

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>Office of the United States Attorney<br>Judiciary Center<br>555 Fourth St., N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAR 0 6 2006 |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-250

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kenneth Marcus
Attorney
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
20-75
Detroit, MI 48226-3506

Case # 06-0220
Johnson City Medical Ctr. v. Michael O. Leavitt

C024