**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER, )<br>COX MEDICAL CENTER, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>    Defendant. ) | Civ. Action No. 1:06-0220 (PLF) |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. Because the administrative record is only 76 pages, it was filed in accordance with the Court's ECF rules.

        Respectfully submitted,

        s/

        KENNETH L. WAINSTEIN, D.C. BAR # 451058
        United States Attorney

        s/

        PETER S. SMITH, D.C. BAR # 465131
        Assistant United States Attorney, Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-0372

**CERTIFICATE OF SERVICE**

The foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record was filed in accordance with the Court's ECF rules on this <u>5th</u> day of May, 2006.  Plaintiff's counsel, Kenneth R. Marcus, Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226, will receive copies through the ECF system.

          s/
          _____
          Peter S. Smith
          Assistant United States Attorney