IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER<br>and COX MEDICAL CENTER<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of the<br>Department of Health and Human Services,,<br><br>Defendant. | CASE NO. 1:06-CV-00220 (PLF) |

**PLAINTIFFS' MOTION TO STAY THE PROCEEDINGS**

Plaintiffs Johnson City Medical Center and Cox Medical Center ("Plaintiffs") move this Court for an order staying the above-captioned action pending a final, non-appealable determination in the case of *Cookeville Regional Medical Center, et al. v. Leavitt* Case No. 04-1053-JR ("*Cookeville*"), which also currently is before this Court, or, in the alternative, until the *Cookeville* case is otherwise dismissed.

This Motion is brought pursuant to this Court's equitable powers and discretion. This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, and Exhibits attached thereto, all files, records and evidence on file in this case, and upon any such matter as may be presented at any hearing on this Motion.

Pursuant to LCvR 7(m) of the Local Rules, Plaintiffs have conferred with the Defendant regarding the substance of this Motion and is informed that the Defendant does not oppose this Motion.

DATED: May 17, 2006

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

/s/ Kenneth R. Marcus
KENNETH R. MARCUS
D.C. Bar No. MI-0016
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Tel: (313) 465-7470
Fax: (313) 465-7471

Attorneys for Plaintiffs
DETROIT.2149655.1