**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER and COX MEDICAL CENTER<br><br>       Plaintiffs,<br><br>       v.<br><br>MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services,,<br><br>       Defendant. | CASE NO. 1:06-CV-00220 (PLF) |

**JOINT SCHEDULING CONFERENCE REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LCvR 16.3 OF THE LOCAL RULES**

The parties, acting by and through their undersigned attorneys, hereby file their Joint Scheduling Conference Report Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f) and LCvR 16.3 of the Local Rules:

Pursuant to the Court's Order dated May 10, 2006, on May 16, 2006, the parties met telephonically to confer regarding the matters set forth in LCvR 16.3. The parties believe that this matter is exempt from the requirements of LCvR 16.3 because it is "an action for review on an administrative record." *See* LCvR 16.3(b)(1). This case involves the Plaintiffs' challenge to a determination by the Defendant, the Secretary of the United States Department of Health and Human Services, regarding the Plaintiffs' entitlement to additional Medicare payments pursuant to the Medicare disproportionate share hospital (DSH) adjustment provision, 42 U.S.C. § 1395ww(d)(5)(F)(vi)(II).

In light of the nature of this case, the parties believe that discovery is inappropriate in this action and that this matter should be decided upon cross-motions for summary judgment. The

parties do not believe that trial will be necessary in this case. The parties will file a proposed briefing schedule when so ordered by the Court or when it appears otherwise appropriate.

Significantly, concurrently with this Report, the Plaintiffs are filing an unopposed Motion to Stay the Proceedings in this case pending a final, non-appealable order in another case pending in the United States Court of Appeals for the District of Columbia Circuit involving substantially the same legal issue as Plaintiff raises in its claims under the Administrative Procedure Act and Social Security Act, or until that other case is otherwise dismissed.

DATED: May 17, 2006

| Respectfully submitted, | Respectfully submitted |
|---|---|
| HONIGMAN MILLER SCHWARTZ AND COHN LLP | /s/ <br> KENNETH L. WAINSTEIN <br> United States Attorney <br> D.C. Bar No. 451058 |
| /s/ Kenneth R. Marcus <br> KENNETH R. MARCUS <br> D.C. Bar No. MI-0016 <br> 2290 First National Building <br> 660 Woodward Avenue <br> Detroit, MI 48226-3506 <br> Tel: (313) 465-7470 <br> Fax: (313) 465-7471 | /s/ <br> PETER S. SMITH <br> Assistant United States Attorney <br> D.C. Bar No. 465131 <br> Civil Division <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> Tel: (202) 307-0372 <br> Fax: (202 514-8780 |
| Attorneys for Plaintiff | /s/ <br> DAVID HOSKINS <br> U.S. Department of Health and Human Services <br> Office of the General Counsel <br> Centers for Medicare & Medicaid Services Division <br> 330 Independence Ave., S.W. Room 5309 <br> Washington, D.C. 20201 <br><br> Attorneys for Defendant <br> Michael O. Leavitt, <br> Secretary of Health and Human Services |

DETROIT.2149534.1