UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 06-0220 (PLF) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| SECRETARY, HEALTH AND ) | |
| HUMAN SERVICES, ) | ECF |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Peter S. Smith.

Dated: July 5, 2006          Respectfully submitted,

          /s/
PETER S. SMITH, D.C. Bar #465131

          /s/
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov