IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER and COX MEDICAL CENTER<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,,<br><br>　　　　Defendant. | CASE NO. 1:06-CV-00220 (PLF) |

**JOINT STATUS REPORT AND MOTION TO FURTHER STAY THE PROCEEDINGS**

Plaintiffs Johnson City Medical Center and Cox Medical Center ("Plaintiffs") and Defendant Michael O. Leavitt Secretary of Health and Human Services ("Defendant"), hereby file this Joint Status Report and Motion to Further Stay Proceedings in response to the Court's Minute Order dated May 7, 2007, which stated as follows: "Minute Order that on or before May 18, 2007, the parties shall submit a joint status report on how they wish to proceed in view of the D.C. Circuit's decision in Civil Action No. 04-1053, *Cookeville Regional Medial Center, et al. v Leavitt*." The parties have conferred, and respectfully request that the stay of proceedings in this action remain in place pending a final, non-appealable judgment in *Cookeville*, or in the alternative, until the *Cookeville* case is otherwise dismissed.

On December 18, 2006, the Court of Appeals issued an order in *Cookeville*, denying the plaintiff's motion to dismiss the Secretary's appeal as untimely and ordering that the case be remanded to this Court. The Court of Appeals' mandate subsequently issued on April 11, 2007. On April 26, 2007, the Honorable James Robertson issued an order vacating his earlier judgment in favor of the plaintiff hospitals and directing the Clerk to enter judgment for the Secretary. See Docket Entry 52, *Cookeville Regional Medial Center, et al. v Leavitt*, 04-1053 (JR). On May 11,

2007, this Court entered an order denying the plaintiffs' motion to vacate the April 26, 2007 Order.  See id. at Docket Entry 55.

The *Cookeville* plaintiff hospitals may appeal the district court's decision to the Court of Appeals.  Given that a final, non-appealable determination in *Cookeville* has not been rendered, the parties respectfully request that the stay of the proceedings in this action remain in place until such a determination is reached or until the Court otherwise deems appropriate.

Thus, the parties move this Court for an order further staying the above-captioned action pending a final, non-appealable determination in the case of *Cookeville* or, in the alternative, until the *Cookeville* case is otherwise dismissed.

DATED:  May 18, 2007

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

/s/ Kenneth R. Marcus
KENNETH R. MARCUS
D.C. Bar No. MI-0016
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Tel: (313) 465-7470
Fax: (313) 465-7471

Attorneys for Plaintiffs

Respectfully submitted,

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

/s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7220/FAX: (202) 514-8980

/s/
DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicate & Medicaid Services Division
330 Independence Ave., S.W. Room 5309
Washington, D.C.  20201

Attorneys for Defendant
Michael O. Leavitt,
Secretary of Health and Human Services

DETROIT.2149655.3

3