# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON CITY MEDICAL CENTER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 1:06-0220 (PLF) |
| ) | ECF |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　MEGAN L. ROSE, NC Bar No. 28639

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　CHARLOTTE A. ABEL
　　　　　　　　　　　　　　　　　　D.C. Bar No. 388582
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 307-2332